1  William C. Wilson, SBN: 149683
   Kim S. Cruz, SBN: 177406
2  Ryan G. Canavan, SBN: 313990
   Evan J. Topol, SBN: 274932
3  WILSON GETTY LLP
   12555 High Bluff Drive, Suite 270
4  San Diego, California 92130
   Telephone:    858.847.3237
5  Facsimile:    858.847.3365

6  Attorneys for Defendants BALBOA HEALTHCARE, INC. dba BALBOA NURSING
   & REHABILITATION CENTER and PROVIDENCE GROUP, INC.
7

8                   UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  FRANK SANTUCCI, deceased, by and through his personal representative, ELIZABETH SANTUCCI; ELIZABETH SANTUCCI, individually, | Case No. 3:21-cv-01584-LAB-JLB |
| 11 | [Removed from San Diego Superior Court Case No. 37-2021-00030658-CU-PO-CTL] |
| 12                          Plaintiffs, | **DECLARATION OF KIM S. CRUZ IN SUPPORT OF DEFENDANTS BALBOA HEALTHCARE, INC. dba BALBOA NURSING & REHABILITATION CENTER and PROVIDENCE GROUP, INC.'s MOTION TO DISMISS (FRCP 12(b)(6)) and MOTION TO STRIKE (FRCP 12(f))** |
| 13  vs. |
| 14  BALBOA HEALTHCARE, INC. dba BALBOA NURSING & REHABILITATION CENTER, a Skilled Nursing Facility; PROVIDENCE GROUP, INC., a California Corporation; SALEEM RAJPER, M.D., individually; DOES 1-10, inclusive, |
| 15 |
| 16 |
| 17 | Action Filed:    July 19, 2021 |
| 18                          Defendants. | **Hearing Date:  November 8, 2021** |
| 19 | **Hearing Time: 11:30 am** |
| | **Courtroom:     14A, 14th Floor** |

20

21

22

23      I, Kim S. Cruz, hereby declare:

24      1.      The following is of my own personal knowledge and if called to testify

25  thereto, I could and would do so competently.  I am an attorney at law, duly licensed to

26  practice in the State of California. I am an associate attorney at Wilson Getty LLP,

27  attorneys of record for Defendants, BALBOA HEALTHCARE, INC. dba BALBOA

28  NURSING & REHABILITATION CENTER and PROVIDENCE GROUP, INC.

2.     A true and correct copy of Plaintiffs' Complaint is attached to Defendants' Request for Judicial Notice as Exhibit "A".

3.     A true and correct copy of the Declaration of Public Health Emergency for the 2019 Novel Coronavirus by the United States Health and Human Services Secretary is attached to Defendants' Request for Judicial Notice as Exhibit "B".

4.     A true and correct copy of the Proclamation of State of Emergency in California by Governor Newsom is attached to Defendants' Request for Judicial Notice as Exhibit "C".

5.     A true and correct copy of the Successor in Interest Declaration and Death Certificate filed herein by Plaintiffs is attached to Defendants' Request for Judicial Notice as Exhibit "D".

6.     A true and correct copy of the Declaration of National State of Emergency by President Donald Trump is attached to Defendants' Request for Judicial Notice as Exhibit "E".

7.     A true and correct copy of California Executive Order N-02-21 signed by Governor Newsom is attached to Defendants' Request for Judicial Notice as Exhibit "F".

8.     A true and correct copy of the May 6, 2020 and May 15, 2020 COVID-19 Focused Infection Control Surveys conducted by the California Department of Public Health by surveyors for the Centers for Medicare and Medicaid Services, are collectively attached to Defendants' Request for Judicial Notice as Exhibit "G."

9.     A true and correct copy of Defendants' Notice of Removal filed September 8, 2021, is attached to Defendants' Request for Judicial Notice as Exhibit "H."

10.     A true and correct copy of the March 10, 2020 Declaration of the United States Health and Human Services Secretary invoking the Public Readiness and

-2-
**DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

1   Emergency Preparedness Act for the COVID-19 pandemic effective February 4, 2020 is

2   attached to Defendants' Request for Judicial Notice as Exhibit "I."

3        11.    A true and correct copy of the April 10, 2020, Amended Declaration of the

4   United States Health and Human Services Secretary extending liability immunity to

5   additional covered countermeasures authorized under the Coronavirus Aid, Relief and

6   Economic Security ("CARES") Act (i.e., NIOSH approved respiratory protective

7   devices), effective March 27, 2020 is attached to Defendants' Request for Judicial

8   Notice as Exhibit "J."

9        12.    A true and correct copy of the June 4, 2020, Second Amendment to

10   Declaration Under the Public Readiness and Emergency Preparedness Act for Medical

11   Countermeasures Against COVID-19, Federal Register, Vol. 85, No. 110 is attached to

12   Defendants' Request for Judicial Notice as Exhibit "K."

13        13.    A true and correct copy of the January 8, 2020, CDC Health Update

14   regarding the Outbreak of Pneumonia of Unknown Etiology (PUE) in Wuhan China, is

15   attached to Defendants' Request for Judicial Notice as Exhibit "L."

16        14.    A true and correct copy of the January 17, 2020 CDC Interim Infection

17   Prevention and Control Recommendations for Patients with Known or Patients Under

18   Investigation for 2019 Novel Coronavirus (2019-n-coV) in a Healthcare Setting, is

19   attached to Defendants' Request for Judicial Notice as Exhibit "M."

20        15.    A true and correct copy of the January 24, 2020 CDC Interim Infection

21   Prevention and Control Recommendations for Patients with Known or Patients Under

22   Investigation for 2019 Novel Coronavirus (2019-n-coV) in a Healthcare Setting, is

23   attached to Defendants' Request for Judicial Notice as Exhibit "N."

24        16.    A true and correct copy of the February 1, 2020 CDC Health Update and

25   Interim Guidance on the Outbreak of 2019 Novel Coronavirus (2019-n-coV) is attached

26   to Defendants' Request for Judicial Notice as Exhibit "O."

27

28

**DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

17.   True and correct copies of the California Department of Public Health ("CDPH") All Facilities Letters (AFLs) pushing out the information and directives issued by the CDC with respect to identification of PUI and infection prevention and control; AFLs 20-09, 20-10, 20-11, 20-13, and 20-15, are attached collectively as Exhibit "P" to Defendants' Request for Judicial Notice.

18.   A true and correct copy of the Centers for Medicare and Medicaid Services ("CMS") February 6, 2020 Memorandum QSO 20-09-ALL instructing healthcare providers to adhere to CDC directives regarding the use of standard, contact and airborne precautions when interacting with PUI, is attached to Defendants' Request for Judicial Notice as Exhibit "Q."

19.   A true and correct copy of the February 28, 2020, CDC Health Update and Interim Guidance on the Outbreak of 2019 Novel Coronavirus (COVID-19) is attached to Defendants' Request for Judicial Notice as Exhibit "R."

20.   A true and correct copy of the March 3, 2020, CDC Strategies to Prevent the Spread of COVID-19 in Long-Term Care Facilities (LTCF), is attached to Defendants' request for Judicial Notice as Exhibit "S."

21.   A true and correct copy of the March 3, 2020, CDPH All Facilities Letter AFL 20-17, is attached to Defendants' Request for Judicial Notice as Exhibit "T."

22.   A true and correct copy of the March 4, 2020, CMS Memorandum Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing Homes- QSO 20-14-NH, is attached to Defendants' Request for Judicial Notice as Exhibit "U."

23.   A true and correct copy of the March 8, 2020 CDC Updated Guidance on Evaluating and Testing Persons for Coronavirus Disease 2019 (COVID-19), is attached to Defendants' Request for Judicial Notice as Exhibit "V."

**DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

24. A true and correct copy of the March 10, 2020 CDC Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings is attached to Defendants' Request for Judicial Notice as Exhibit "W."

25. A true and correct copy of the March 10, 2020, CMS Memorandum QSO 20-17-ALL- Guidance for use of Certain Industrial Respirators by Health Care Personnel, is attached to Defendants' Request for Judicial Notice as Exhibit "X."

26. A true and correct copy of the March 11, 2020 CDPH All Facilities Letter AFL 20-22 is attached to Defendants' Request for Judicial Notice as Exhibit "Y."

27. A true and correct copy of the March 13, 2020 CMS Memorandum QSO-20-14-NH-Guidance for Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing Homes (REVISED), is attached to Defendants' Request for Judicial Notice as Exhibit "Z."

28. True and correct copies of the March 17, 2020 CDC documents containing strategies for the optimizing the supply of eye protection, isolation gowns, N95 respirators and face masks, are collectively attached to Defendants' Request for Judicial Notice as Exhibit "AA."

29. A true and correct copy of the March 20, 2020 CMS Memorandum QSO 20-20-ALL Prioritization of Survey Activities, is attached to Defendants' Request for Judicial Notice as Exhibit "BB."

30. A true and correct copy of the March 21, 2020, CDC publication entitled "Preparing for COVID-19: Long-term Care Facilities Nursing Homes," is attached to Defendants' Request for Judicial Notice as Exhibit "CC."

31. A true and correct copy of the April 2, 2020 CMS COVID-19 Long Term Care Facility Guidance, is attached to Defendants' Request for Judicial Notice as Exhibit "DD."

**DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

32.   A true and correct copy of the Department of Health & Human Services, Office of the Secretary, General Counsel Advisory Opinion on the Public Readiness and Emergency Preparedness Act and The March 10, 2020 Declaration Under the Act, April 17, 2020, as modified on May 19, 2020. is attached to Defendants' Request for Judicial Notice as Exhibit "EE."

33.   A true and correct copy of the List of Covered Countermeasures subject to Emergency Use Authorizations by the United States Food and Drug Administration which is attached to the April 17, 2020 Advisory Opinion is attached to Defendants' Request for Judicial Notice Exhibit "FF."

34.   A true and correct copy of the Advisory Opinion 20-04, issued October 22, 2020 as amended October 23, 2020, by General Counsel for the Department of Health & Human Services, Office of the Secretary, is attached Defendants' Request for Judicial Notice as Exhibit "GG."

35.   A true and correct copy of Advisory Opinion 21-01 on the Public Readiness and Emergency Preparedness Act Scope of Preemption Provision January 8, 2021, issued by General Counsel for the Department of Health & Human Services, Office of the Secretary, is attached to Defendants' Request for Judicial Notice o as Exhibit "HH."

36.   A true and correct copy of the December 3, 2020, Fourth Amendment to Declaration of the Health and Human Services Secretary Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19 is attached Defendants' Request for Judicial Notice as Exhibit "II."

37.   A true and correct copy of the Fifth Amendment to Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, is attached to Defendants' Request for Judicial Notice as Exhibit "JJ."

///

-6-

**DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

38.    A true and correct copy of the August 14, 2020, Letter by General Counsel for the Office of the Secretary of the Department of Health and Human Services, to Thomas Barker of Foley Hoag, LLP is attached Defendants' Request for Judicial Notice as Exhibit "KK."

39.    A true and correct copy of the March 30, 2020, California Department of Public Health All Facilities Letter, AFL 20-32 is attached Defendants' Request for Judicial Notice as Exhibit "LL."

40.    A true and correct copy of the April 6, 2020 CDC publication "Mitigate Healthcare Personnel Staffing Shortages" is attached to Defendants' Request for Judicial Notice as Exhibit "OO."

41.    A true and correct copy of the April 13, 2020 CDPH All Facilities Letter AFL 20-39, notifying long-term care facilities of the latest CDC directives relating to the optimization of PPE supplies and advising facilities to review the strategies, is attached to Defendants' Request for Judicial Notice as Exhibit "PP."

42.    A true and correct copy of the Department of Health and Human Services' Notice of Designation of Scarce Materials Subject to COVID-19 Hoarding Preventative Measures, 85 Fed. Reg. 17592, is attached to Defendants' Request for Judicial Notice as Exhibit "QQ."

43.    A true and correct copy of the Court's Ruling on Defendants' Motion to Dismiss in *Rachal v. Natchitoches Nursing & Rehabilitation Center LLC, et al.*, No. 1:21-CV-00334 (W.D. La. Apr. 30, 2021), is attached to Defendants' Request for Judicial Notice as Exhibit "RR."

44.    A true and correct copy of Correspondence from the Food and Drug Administration regarding Umbrella Emergency Use Authorization for surgical masks not cleared by the FDA, is attached to Defendants' Request for Judicial Notice as Exhibit "VV".

**DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

45.     A true and correct copy of the United States Health and Human Services/Food and Drug Administration Policy for Preparation of Alcohol Based Sanitizer Products During the COVID-19 Public Health Emergency, is attached to Defendants' Request for Judicial Notice as Exhibit "WW".

46.     On September 9, 2021, in an effort to meet and confer regarding Defendants' Motion to Dismiss and Motion to Strike, I forwarded correspondence to Plaintiffs' counsel, Natalie B. Holm, Esq. of the Holm Law Group, asking Plaintiffs to dismiss the instant Complaint in its entirety and instead pursue the claims directly via the Covered Countermeasure Process Fund, or pursue any allegations of willful misconduct in the U.S. District Court for the District of Columbia.

47.     In the alternative, the September 9, 2021 correspondence advised that Defendants would stipulate to remand the case back to State court in return for Plaintiffs' agreement to strike the allegations regarding COVID-19 and infection prevention from the Complaint, and stipulate that Plaintiffs are not making any contentions, and will not raise any claims: (1) relating to covered countermeasures including but not limited to PPE and COVID-19 testing; (2) that Defendants were deficient in the use of or failure to utilize PPE; (3) that Defendants failed to utilize PPE consistent with applicable federal, state and/or county regulations or guidance; (4) that Defendants were deficient with respect to COVID-19 testing at the facility and/or failed to follow applicable federal, state and/or county regulations or guidance with respect to COVID-19 testing at the facility; (5) that Defendants were deficient with respect to the response to the COVID-19 pandemic/COVID-19 at the facility or failed to follow applicable federal, state and/or county regulations or guidance with respect to the pandemic/COVID-19 response at the facility; and (6) that Defendants were deficient in the use of and/or failed to utilize covered countermeasures including PPE and COVID-19 testing at the facility.  In the correspondence, Defendants' counsel requested that if

**DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

1  Plaintiffs are unwilling to sign the stipulation as drafted, to advise whether Plaintiffs will

2  stipulate that they are not contending and will not contend that Balboa Nursing & Rehab

3  was deficient in its use of and/or failure to utilize covered countermeasures (i.e., PPE

4  and/or COVID-19 testing), as this would narrow the issues in the case and may negate

5  the PREP Act as a basis for removal.  This meet and confer correspondence also

6  addressed Defendants' Proposed Motion to Dismiss and Motion to Strike and the basis

7  therefore.  A true and correct copy of this meet and confer letter with attachments is

8  attached hereto as Exhibit "MM".

9      48.  The September 9, 2021 correspondence further provided that if Plaintiffs are

10  unwilling to sign the stipulation as drafted, to please advise whether Plaintiffs are

11  agreeable to any portion of the Stipulation.  For example, whether Plaintiffs will

12  stipulate that they are not contending and will not contend that Defendants were

13  deficient in their use of and/or failure to utilize PPE and/or with respect to COVID-19

14  testing and other covered countermeasures at the facility, as this would narrow the issues

15  in the case and might negate the PREP Act as a basis for removal.

16      49.  On September 14, 2021, Plaintiffs' counsel, Natalie B. Holm, Esq.,

17  forwarded correspondence in response to my September 9, 2021 meet and confer.  A

18  true and correct copy of this meet and confer letter is attached hereto as Exhibit "NN".

19      50.  Plaintiffs have confirmed they oppose dismissal of the action as a whole,

20  and of any individual cause of action.  Plaintiffs will not be signing the stipulation

21  proposed by defendant or any portion thereof and Plaintiffs will not be filing a First

22  Amended Complaint.

23  ///

24  ///

25  ///

26  ///

27

-9-

28  **DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO STRIKE**
**CASE NO. 3:21-cv-01584-LAB-JLB**

1    I declare under penalty of perjury under the laws of the State of California and the

2   United States of America that the foregoing is true and correct.

3

4    Executed on September 15, 2021 at Orange County, California.

5

6                                    /s/ Kim S. Cruz
                                        Kim S. Cruz
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -10-
     **DECLARATION OF KIM S. CRUZ ISO DEFS.' MOTION TO DISMISS & MOTION TO
                                    STRIKE
                        CASE NO. 3:21-cv-01584-LAB-JLB**